UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NORTH SHORE CO-OWNERS' ASSOCIATION, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 1:18-cv-03632-SEB-TAB ) |
| NATIONWIDE MUTUAL INSURANCE COMPANY, | ) ) ) ) |
| Defendant. | ) |

**ORDER ON DECEMBER 9, 2022, TELEPHONIC SETTLEMENT CONFERENCE**

Parties appeared in person and by counsel on December 9, 2022, for a telephonic settlement conference. Settlement discussions were held, and this case is settled. Therefore, any pending motions are denied as moot, and all previously ordered dates relating to discovery, filings, schedules, conferences, and trial, if any, are vacated. The parties shall file a stipulation of dismissal within 28 days.

Date: 12/12/2022

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all counsel of record via CM/ECF.