# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| NORTH SHORE CO-OWNERS ASSOCIATION, INC. ) ) ) Plaintiff, ) ) v. ) ) NATIONWIDE MUTUAL INSURANCE COMPANY ) ) ) Defendant. ) | Case No. 1:18-cv-03632-SEB-TAB |

## **STIPULATION OF DISMISSAL**

Come now the parties, by counsel, and hereby stipulate to dismissal of this matter with prejudice.

Respectfully submitted,

/s/William D. Beyers
William D. Beyers, #28466-49
BUCHANAN & BRUGGENSCHMIDT, P.C.
80 E. Cedar St.
Zionsville, Indiana 46077
Telephone: (317) 873-8396
Facsimile: (317) 873-2276
bbeyers@bbinlaw.com

/s/David Miller ____ (with permission)
David Miller #31855-32
SAEED & LITTLE, LLP
133 West Market St., #189
Indianapolis, IN 46204
Telephone: 317-721-9214
david@sllawfirm.com

Attorneys for Plaintiff

/s/Joseph P. Carlasare     (with permission)
Joseph P. Carlasare
Amundsen Davis LLC
150 N Michigan Ave
Ste 3300
Chicago, IL 60601
Telephone: (312) 894-3309
jcarlasare@amundsendavislaw.com

/s/Sulema Medrano Novak     (with permission)
Sulema Medrano Novak
Faegre Drinker Biddle & Reath LLP
320 South Canal Street
Suite 3300
Chicago, IL 60606-5707
Telephone: (312) 569-1448
Fax: 312-569-3000
sulema.novak@faegredrinker.com

Attorneys for Defendant

## FEDERAL CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system. Parties may access the filing through the Court's system.

/s/William D. Beyers
William D. Beyers