IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

Acknowledged.

This action is hereby dismissed with prejudice.

Date: __1/18/2023__

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

| | |
|---|---|
| NORTH SHORE CO-OWNERS ASSOCIATION, INC. | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) | 
| NATIONWIDE MUTUAL INSURANCE COMPANY | ) ) ) ) |
| Defendant. | ) |

Case No. 1:18-cv-03632-SEB-TAB

**STIPULATION OF DISMISSAL**

Come now the parties, by counsel, and hereby stipulate to dismissal of this matter with prejudice.

Respectfully submitted,

 /s/William D. Beyers
William D. Beyers, #28466-49
BUCHANAN & BRUGGENSCHMIDT, P.C.
80 E. Cedar St.
Zionsville, Indiana  46077
Telephone:  (317) 873-8396
Facsimile:  (317) 873-2276
bbeyers@bbinlaw.com

/s/David Miller _____(with permission)
David Miller #31855-32
SAEED & LITTLE, LLP
133 West Market St., #189
Indianapolis, IN 46204
Telephone: 317-721-9214
david@sllawfirm.com